1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  DENNIS J. HANNA, CSBN 184475
5  Special Assistant United States Attorney
           Social Security Administration
6          160 Spear St., Suite 800
7          San Francisco, CA  94105
           Telephone:  (415) 977-8962
8          Facsimile:  (415) 744-0134
9          Email:  Dennis.Hanna@ssa.gov
10 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| PEDRO HERNANDEZ, | ) | No. 2:12-cv-01230-RZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT OF REMAND** |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court ~~having~~ approve~~sd~~ the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") ~~lodged concurrent with the lodging of the within Judgment of Remand,~~; therefore **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: June 11, 2012                         _____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HON. RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE