1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Pedro Hernandez

7

8           **UNITED STATES DISTRICT COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA**

10

11  PEDRO HERNANDEZ,            ) Case No.: Cv 12-1230 RZ
                                )
12         Plaintiff,           ) {PROPOSED} ORDER AWARDING
                                ) EQUAL ACCESS TO JUSTICE ACT
13     vs.                      ) ATTORNEY FEES AND EXPENSES
                                ) PURSUANT TO 28 U.S.C. § 2412(d)
14  MICHAEL J. ASTRUE,          ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security, ) U.S.C. § 1920
15                              )
           Defendant            )
16  _____)

17
        Based upon the parties' Stipulation for the Award and Payment of Equal
18
    Access to Justice Act Fees, Costs, and Expenses:
19
        IT IS ORDERED that fees and expenses in the amount of $927.99 as
20
    authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by
21
    28 U.S.C. § 1920, be awarded ~~subject to the terms of the Stipulation~~. to Plaintiff.
22
    DATE: August 03, 2012
23
                                    _____
24                                  THE HONORABLE RALPH ZAREFSKY
                                    UNITED STATES MAGISTRATE JUDGE
25

26

-1-

1   Respectfully submitted,

2   LAW OFFICES OF Lawrence D. Rohlfing

3   /s/ Denise Bourgeois Haley
    _____
4   Denise Bourgeois Haley
    Attorney for plaintiff Pedro Hernandez

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26